```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:21CR00609-10
     -against-                      :
                                    :   ORDER
  Olawoyin Olarewaju                :
                                    :
     Defendant                      :
                                    :
------------------------------------X
```

Loretta A. Preska, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include 1) the condition requiring the defendant to Facetime or video conference his Pretrial Services Officer weekly while out of district be removed; 2) travel be restricted to the continental United States; and 3) requiring the defendant to give advance notice to Pretrial Services when traveling outside of the district of his primary residence. The defendant to be subject to all other previously imposed pretrial release conditions.

Dated: New York, New York

SO ORDERED

*Loretta A. Preska* (signature)

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE