## LAW OFFICE OF EDWARD J MUCCIN PC.
ATTORNEY AT LAW
242-03 NORTHERN BLVD
DOUGLASTON, NEW YORK 11363

BY APPOINTMENT:  
GRAYBAR BLDG  
420 LEXINGTON AVE  
NEW YORK, N.Y.

OFFICE:  (718)225-0205  
CELL:    (718) 908-3985  
FAX:     (718) 225-0213

June 20, 2022

*Via ECF*

The Honorable Loretta A. Preska  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, N.Y. 10007

Re: USA v. Olawoyin Peter Olarewaju  
1:21-cr-00609-LAP-10

Dear Judge Preska:

My office represents the defendant in the referenced case. I write to the Court with the consent of the Government and Pre-trial services to respectfully request that the Court so order a modification to the bail conditions of the defendant Olawoyin Peter Olarewaju.

At present, as a condition of his bail, Mr. Olarewaju's Nigerian passport is being held by NJ PTS. On June 30, 2022, Mr. Olarewaju has an interview USCIS at 870 Broad Street 14th Floor at the Rodino Federal Building in Newark NJ. It is the initial interview to become a permanent resident in the US. Mr. Olarewaju advises that he is required to bring his Nigerian Passport to the meeting.

I am told that the Rodino building is adjacent to the PTS office in New Jersey. Mr. Olarewaju is monitored by NJ PTS and SDNY PTS. I have contacted the US Attorney handling the matter as well as the PTS officers handling Mr. Olarewaju's matter. The US attorney has deferred the decision to PTS. Pre-Trial Services has consented to Mr. Olarewaju being permitted to retrieve his passport before the meeting on June 30, 2022 on condition that he return it immediately after the meeting with USCIS is completed.

Accordingly, defendant hereby requests that the Court modify defendant's bail conditions to permit that on June 30, 2022 Mr. Olarwaju be permitted to pick up his Nigerian passport from the New Jersey Pre-trial Services office in the morning and take said passport to the USCIS meeting. Further, that Mr. Olarewaju is directed to return the Nigerian passport immediately after the USCIS meeting is over.

SO ORDERED.  
Dated:   June 22, 2022  
         New York, New York

1

*Loretta A. Preska*  
LORETTA A. PRESKA  
Senior United States District Judge

I have attached the Notice from the USCIS for the June 30, 2022 meeting.

Wherefore, the defendant respectfully requests that the Court so order the modifications described above.

Respectfully submitted,

*/s/ Edward J. Muccini Esq.*
242-03 Northern Blvd.
Douglaston, New York 11363
(718) 225-0205
F: (718) 225-0213
Edwardmuccini@gmail.com

cc:   AUSA Matthew Weinberg
      AUSA Kaylan Lasky