UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                                     :

UNITED STATES OF AMERICA
                                                     :

         - v. -                         :    [~~PROPOSED~~] ORDER

OLAWOYIN PETER OLAREWAJU,
                                                     :    S1 21 Cr. 609(LAP)

         Defendant.
                                                     :
------------------------------------x

WHEREAS, with the defendant's consent, her guilty plea allocution was made before United States Magistrate Judge Jennifer E. Willis on January 30, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          February 6, 2023

_____
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK