UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES, | |
|---|---|
| Plaintiff, | No. 21-CR-609 (LAP) |
| -against- | ORDER |
| OLAWOYIN PETER OLAREWAJU, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the letter filed by Defendant Olarewaju concerning a proposed reduction in his sentence and requesting, in the alternative, an adjournment of his surrender to the custody of the Bureau of Prisons. (See dkt. no. 449.)

The Court grants Mr. Olarewaju's adjournment request. Mr. Olarewaju's surrender date is hereby adjourned to July 26, 2024.

The Government shall respond to Mr. Olarewaju's request for a downward reduction in his offense level under the 2023 Amendments to the United States Sentencing Guidelines and to his request for a sentence reduction by May 24, 2024.

**SO ORDERED.**

Dated:   April 24, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge